U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Qynesha S. Tolbert, Case Number: 21-12992, amc, Ref: [p-171810274]

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
Mon 12/13/2021 5:07 PM
To: Cibik Law, P.C. <mail@cibiklaw.com>

1 attachments (10 KB)
R_P2211299230910066.PDF;

Notice of Returned Mail to Debtor/Debtor's Attorney

December 13, 2021

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Qynesha S. Tolbert, Case Number 21-12992, amc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Capital Bank N.A.
1 Church St Ste 100
Rockville, MD 20850-4190

THE UPDATED ADDRESS IS:

Capital Bank, N.A.
2275 Research Blvd Ste 600
Rockville, MD 20850

/s/ Michael I. Assad                                December 13, 2021
Signature of Debtor or Debtor's Attorney                Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S.