# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Qynesha S. Tolbert,

                Debtor.

Case No. 21-12992-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

PYOD, LLC
Resurgent Capital Services
PO Box 1900
Greenville, SC 29602

US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005

Rocket Mortgage, LLC (CM/ECF)

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Date: November 16, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com